# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| JODIE MOEN | § § § | |
| Plaintiff(s), | § | |
| VS. | § § | CIVIL ACTION NO. 1:21-CV-88 |
| SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and CHEVRON U.S.A. INC., | § § § § § | |
| Defendant(s). | § | |

## AFFIDAVIT OF SERVICE

Came to my hand on **Tuesday, April 20, 2021 at 1:15 PM**,
Executed at: **2710 GATEWAY OAKS DRIVE, SUITE 150, SACRAMENTO, CA 95833**
within the county of **CONTRA COSTA** at **3:38 PM**, on **Tuesday, April 20, 2021**,
by individually and personally delivering to the within named:

### CHEVRON U.S.A.

By delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**, by delivering to its **Authorized Agent, LAI SAEVANG**, a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT

having first endorsed thereon the date of the delivery.

**BEFORE ME**, the undersigned authority, on this day personally appeared **MATTHEW LEONARDO** who after being duly sworn on oath states: "My name is **MATTHEW LEONARDO**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
MATTHEW LEONARDO-Process Server #2009-18, Sacramento County

Subscribed and Sworn to by MATTHEW LEONARDO, Before Me, the undersigned authority, on this ___ day of April, 2021.



_____
Notary Public in and for the State of California

Local AO 440 (Rev. 8/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

Jodie Moen,

*Plaintiff*

v.   Civil Action No. 1:21-cv-88

Syngenta Crop Protection LLC, Syngenta AG, and Chevron U.S.A. Inc.,

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: Above Named Defendant(s)   **Chevron U.S.A.**
6001 Bollinger Canyon Road
San Ramon, CA 94583

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick A. Luff
5473 Blair Road
Dallas, TX 75231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ROBERT ANSLEY, CLERK OF COURT

/s/ Janelle Brunner, Deputy Clerk

Date: April 19, 2021

*Signature of Clerk or Deputy Clerk*

Local AO 440 (Rev. 6/11)  Summons in a Civil Action (Page 2)

Civil Action No.   1:21-cv-88

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT
PROOF / ATTACHED**