IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jodie Moen, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Syngenta Crop Protection LLC, et al., | ) | Case No. 1:21-cv-088 |
| | ) | |
| Defendant. | ) | |

On April 29, 2021, the parties filed a "Joint Stipulation and Motion for Stay Pending Potential Transfer of this Action by the Judicial Panel on Multidistrict Litigation." The court **GRANTS** the parties' joint stipulation and motion (Doc. No. 7). The above-captioned action shall be stayed pending the potential transfer of this case by the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court